In the Matter of KATHLEEN WICKHAM, Respondent, against NICK BARBERA, Appellant.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

PHYLIS ROSS, Respondent, v. 110 GLEN STREET REALTY CORP., Appellant, et al., Defendants. HERBERT ROSS, Respondent, v. 110 GLEN STREET REALTY CORP., Appellant, et al., Defendants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.